**Motion Granted; Petition for Writ of Mandamus Dismissed; and Memorandum Opinion filed September 13, 2012.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00763-CV

## IN RE KAY RIECK, FURIE PETROLEUM COMPANY, LLC AND CORNUCOPIA OIL & GAS COMPANY, LLC, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**On Appeal from the 122nd District Court**
**Galveston, Texas**
**Trial Court Cause No. 12-CV-1522**

## MEMORANDUM OPINION

Relators, Kay Rieck, Furie Petroleum Company, LLC and Cornucopia Oil & Gas Company, LLC, filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code §22.221; *see also* Tex. R. App. P. 52. In the petition, relators sought enforcement of a forum selection provision.

On September 5, 2012, relators filed a motion to dismiss this original proceeding. In the motion, relators assert that a settlement has been reached and the claims below have been nonsuited, rendering the issues in this proceeding moot.

We grant relators' motion and order their petition for writ of mandamus dismissed.


PER CURIAM


Panel consists of Chief Justice Hedges and Justices Brown and Busby.